Samuel H. Ruby, SBN 191091
E-mail: samuel.ruby@bullivant.com
Raymund Deng, SBN 334976
E-mail: raymund.deng@bullivant.com
BULLIVANT HOUSER BAILEY PC
101 Montgomery Street, Suite 2600
San Francisco, CA 94104
Telephone: 415.352.2700
Facsimile:  415.352.2701

Attorneys for Defendants Allianz Global Risks
U.S. Insurance Company and National Union
Fire Insurance Company of Pittsburgh, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SCHUFF STEEL COMPANY, a Delaware corporation, | Case No.: _____ |
|---|---|
| Plaintiff, | **NOTICE OF REMOVAL** |
| vs. | |
| ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, an Illinois insurance company, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania insurance company; and DOES 1-50, inclusive, | |
| Defendants. | |

Defendants Allianz Global Risks U.S. Insurance Company ("Allianz") and National Union Fire Insurance Company of Pittsburg, PA ("National Union") hereby petition for the removal of the action entitled *Schuff Steel Company. v. Allianz Global Risks U.S. Insurance Company, et al.*, originally filed in the Superior Court of California for the County of Marin as Case No. CIV 2102494.

///

– 1 –
NOTICE OF REMOVAL

# I. SUBJECT MATTER JURISDICTION

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1441(b) (removal jurisdiction) and 28 U.S.C. §1332 (diversity jurisdiction).

### A.   COMPLETE DIVERSITY OF CITIZENSHIP

There is complete diversity of citizenship between plaintiff and the properly joined defendants. As used herein, "AT ALL TIMES RELEVANT" means at the time the action was filed and continuing through and including the time of this Notice of Removal.

**1.   Plaintiff is a Citizen of Delaware and Arizona**

*Schuff Steel Company*, a corporation, was and is a citizen of Delaware and Arizona by virtue of 1) being organized under the laws of Delaware, and (2) having its principal place of business (where it is headquartered and where its high-level officers direct, control, and coordinate its activities) in Phoenix, Arizona AT ALL RELEVANT TIMES.

**2.   No Properly Joined Defendant Is a Citizen Of Missouri**

*Allianz*, a corporation, is a citizen of Illinois by virtue of (1) being organized under the laws of Illinois, and (2) having its principal place of business (where it is headquartered and where its high-level officers direct, control, and coordinate its activities) in Chicago, Illinois AT ALL RELEVANT TIMES.

*National Union*, a corporation, is a citizen of Pennsylvania and New York by virtue of 1) being organized under the laws of Pennsylvania, and (2) having its principal place of business (where it is headquartered and where its high-level officers direct, control, and coordinate its activities) in New York, New York AT ALL RELEVANT TIMES.

**3.   The "Doe" Defendants Are Irrelevant**

For purposes of removal jurisdiction, the citizenship of the fictitious defendants identified in the Complaint as "DOES 1-50" must be disregarded. 28 U.S.C. § 1441(b).

### B.   AMOUNT IN CONTROVERSY

The amount in controversy between plaintiff and each of the defendants exceeds $75,000 (exclusive of interest and costs). Plaintiff alleges that they are the beneficiary of an insurance contract (Complaint, ¶ 10) and that the defendants, Allianz and National Union, were obligated

to perform the contract (Complaint, ¶ 30). Plaintiff alleges, among other things, that Allianz and National Union breached the contract by failing to indemnify plaintiff for physical loss/damage to the "Insured Property." (Complaint, ¶ 31). Plaintiff does not allege the dollar amount in its Complaint but prior to the suit plaintiff made a claim for $4,348,274.91. A true and correct copy of a document named "Schuff Steel Builders Risk Claim Narrative" showing plaintiff's claim for $4,348,274.91 on page 5 is attached as Exhibit A.

## II. TIMELINESS OF REMOVAL

Pursuant to 28 U.S.C. §1446(b)(1), this petition for removal is timely, because National Union was served with the Complaint on August 13, 2021 and Allianz was served with the Complaint on August 16, 2021.

## III. JOINDER OF ALL OTHER SERVED DEFENDANTS

There are no other joined and served defendants.

## IV. INTRA-DISTRICT ASSIGNMENT

This case is appropriate to assign to the San Francisco Division because the case is being removed from Marin County Superior Court and because it is related to a case (*McCarthy Building Companies, Inc. v. Allianz Global Risks U.S. Insurance*, 3:21-cv-06041-VC) already pending in the San Francisco Division.

## V. COPIES OF STATE COURT DOCUMENTS

Copies of all process, pleadings, or orders that have been served on or by Allianz and National Union are attached hereto and consist of:

- Exhibit B:  Complaint
- Exhibit C:  Summons (Allianz)
- Exhibit D:  Summons (National Union)
- Exhibit E:  Answer to Complaint by Allianz

- Exhibit F: Answer to Complaint by National Union

## VI. NOTICE TO STATE COURT

Upon completion of this removal, Allianz and National Union shall give prompt notice to the court from which the action has been removed.

DATED: September 10, 2021

                              BULLIVANT HOUSER BAILEY PC

                              By   */s/ Samuel H. Ruby*
                                     Samuel H. Ruby
                                     Raymund Deng

                              Attorneys for Defendants Allianz Global Risks U.S. Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA

4851-6967-2440.1