Theodore L. Senet (CSB # 82788)
tsenet@gibbsgiden.com
Richard Wittbrodt, Esq. (CSB # 138829)
rwittbrodt@gibbsgiden.com
**GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP**
12100 Wilshire Boulevard, Suite 300
Los Angeles, CA 90025
Tel.:   (310) 552-3400
Fax:   (310) 861-5422
(File No. 2150.051)

Attorneys for Plaintiff SCHUFF STEEL COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUFF STEEL COMPANY<br><br>            Plaintiff,<br><br>    v.<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, an Illinois insurance company, NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania insurance company; and DOES 1-50, inclusive<br><br>            Defendants. | Case No.: 21-cv-07037-VC<br>[Related to Case No. 21-cv-06041-VC]<br><br>[Assigned to the Honorable Vince Chhabria, for all purposes]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff SCHUFF STEEL COMPANY ("Plaintiff") and Defendants ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("Defendants") by and through their respective legal counsel of record herein hereby stipulate as follows:

WHEREAS, on August 4, 2021, Plaintiff filed its Complaint in the Superior Court of the State of California for the County of Marin, which action was removed to the United States District Court and assigned the above Case Number;

WHEREAS, on or about August 25, 2022, the Parties reached a settlement all claims in the Action and it was agreed that the Action be dismissed with prejudice, and with each Party to bear its own attorneys' fees and costs;

Based on the foregoing facts, Plaintiff and Defendants stipulate and agree as follows:

1. This Court should dismiss the above-captioned Case No.: 21-cv-07037-VC in its entirety against Defendants with prejudice.
2. All upcoming hearings and deadlines are hereby vacated and the Action is hereby terminated.
3. Each Party shall bear its own costs and fees in this Action.

IT IS SO STIPULATED.

DATED: September 16, 2022                BULLIVANT HOUSER BAILEY PC


By: /s/ Samuel H. Ruby
    Samuel H. Ruby
Attorneys for Defendants Allianz Global Risks U.S. Insurance Company and National Union Fire Insurance Company of Pittsburgh, PA

DATED: September 16, 2022                GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT, LLP


By: _____
    Theodore L. Senet
    Richard Wittbrodt
Attorneys for Plaintiff Schuff Steel Company

**ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED that:

1. This Case No.: 21-cv-07037-VC is dismissed in its entirety against Defendants with prejudice.
2. All upcoming hearings and deadlines are hereby vacated and the Action is hereby terminated.
3. Each Party shall bear its own costs and fees in this Action.

The Clerk is directed to close this case.

DATED: September 22, 2022          By: _____
                                        Hon. Honorable Vince Chhabria

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Vince Chhabria]*

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

# PROOF OF SERVICE
**Schuff Steel Company v. Allianz Global Risks U.S. Insurance Company**
**USDC Northern District Case No. 3:21-cv-07037-VC**
**[Related to Case No. 3:21-cv-06041-VC]**

I, Tina Halvorson, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Gibbs Giden Locher Turner Senet & Wittbrodt LLP, 1880 Century Park East, 12th Floor, Los Angeles, California 90067-1621. On **September 19, 2022**, I served the attached document upon the interested parties, titled as follows:

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

☐ By placing ☐ the original ☐ a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Raymund Deng, Esq.<br>Samuel Harold Ruby, Esq.<br>**BULLIVANT HOUSER BAILEY PC**<br>101 Montgomery St., Ste. 2600<br>San Francisco, CA 94104 | **Attorneys for Defendant,**<br>ALLIANZ GLOBAL RISKS U.S.<br>INSURANCE COMPANY<br><br>(415) 352-2712<br>raymund.deng@bullivant.com<br>samuel.ruby@bullivant.com |
| Ken D. Kronstadt, Esq.<br>Michael J. O'Connor, Esq.<br>**VENABLE LLP**<br>2049 Century Park East, Suite 2300<br>Los Angeles, CA 90067 | **Attorneys for Plaintiff,**<br>McCARTHY BUILDING COMPANIES, INC.<br>[Related Case No. 3:21-cv-06041-VC]<br><br>(310) 229-0438<br>kdkronstadt@venable.com<br>mjo'connor@venable.com |

☒   BY E-MAIL:  I sent the aforementioned document to the e-mail addresses listed above.

☒   [Federal]  I declare that I am employed in the offices of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 19, 2022, at Los Angeles, California.

*Tina Halvorson*
Tina Halvorson

2634851.1