UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHUFF STEEL COMPANY,<br><br>        Plaintiff,<br><br>        v.<br><br>ALLIANZ GLOBAL RISKS U.S. INSURANCE COMPANY, et al.,<br><br>        Defendant. | 21-cv-07037-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order dismissing this case. *See* Dkt. No. 28. The Clerk of Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated: September 22, 2022

_____
VINCE CHHABRIA
United States District Judge